UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KYLE FORD

VERSUS                                                                    CIVIL ACTION NO.: 08-403-JVP-CN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Noland dated March 2, 2009 (doc. 10). Defendant has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter shall be **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, March 25, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA